No. 90–1684. BREWER, NATURAL GUARDIAN AND DULY-APPOINTED NEXT FRIEND OF BREWER v. LINCOLN NATIONAL

LIFE INSURANCE CO.   C. A. 8th Cir.   Motion of National Depressive and Manic Depressive Association for leave to file a brief as *amicus curiae* granted.   Certiorari denied.